Defendants:
Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vldimir Putin, Twitter and Meta LLC.

Relief Requested:

$100,000,000.00 for punitive damages; 100% Ownership of Defendants Assets & Liquidations; All other Reliefs Just & Proper.

Statement of Facts:

All defendants committed identity theft, fraud, U.S. Constitutional Violations, RICO Acts and Due Process violations against Robert W. Johns

08/24/2023

Robert W. Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, on 08/24/2023, served a copy of Civil Cover Sheet & IFP Application upon:

1. Court Clerk: U.S. Courts
3013 ESTATE GOLDEN ROCK, STE. 219; ST. CROIX, VI 00820

08/24/2023

Robert W. Johnson
Robert W. Johnson