DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **ROBERT W. JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2023-0034 |
| ) | |
| **FACEBOOK, META, RUDY GIULIANI, JOHN EASTMAN, MARK MEADOWS, KENNETH CHESEBRO, JEFFREY CLARK, JENNA ELLIS, RAY SMITH III, ROBERT CHEELEY, CATHLEEN LATHAM, SCOTT HALL, STEPHEN LEE, HARRISON FLOYD, TREVIAN KUTTI, SIDNEY POWELL, MISTY HAMPTON, MICHAEL ROMAN, DAVID SHAFER, SHAWN STILL, VLDIMIR PUTIN, TWITTER and META LLC.,** ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**Appearances:**
**Robert W. Johnson,** *Pro Se*
Buffalo, NY

No Appearance
 *For Defendants*

## ORDER

**UPON CONSIDERATION** of Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 9) recommending that this matter be dismissed with prejudice, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Henderson's Report and Recommendation dated December 19, 2023 (Dkt. No. 9) is **ADOPTED AS MODIFIED** in the accompanying Memorandum Opinion; and it is further

**ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** for failure to prosecute; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: May 21, 2024 _____/s/_____
WILMA A. LEWIS
District Judge